IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSEPH REED, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>PHILLIPS 66 COMPANY, WESTERN )<br>OIL, INC. and WESTERN OIL )<br>TRANSPORTATION, INC. )<br>)<br>Defendants. ) | Case No. 4:16-cv-423 |

### PLAINTIFF'S MOTION TO WITHDRAW
### MOTION TO COMPEL

Plaintiff Joseph Reed, by and through his counsel files his Motion to Withdraw Plaintiff's Motion to Compel and in support states as follows:

1. On June 9, 2017 Plaintiff filed Plaintiff's Motion to Compel requesting Defendant's responses to Plaintiff's second set of discovery requests.

2. On June 12, 2017 the Motion to Compel was set for hearing on June 14, 2017.

3. On June 13, 2017 Defendant forwarded to Plaintiff's counsel Defendant's responses to Plaintiff's second set of discovery requests.

4. On June 14, 2017 the hearing was cancelled.

WHEREFORE, Plaintiff hereby withdraws his Motion to Compel.

BROWN & CROUPPEN, P.C.


BY: /s/ Andrea D. McNairy
    Andrea D. McNairy, #58558
    One Metropolitan Square
    211 N. Broadway, Suite 1600
    St. Louis, MO 63102
    Phone: (314) 561-6319
    Fax: (314) 421-0359
    andream@getbc.com
    pipleadings@getbc.com

    Counsel for Plaintiff

## CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing was served on counsel via the Court's electronic filing system.

Beth C. Boggs
Victor T. Avellino
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Boulevard, Suite 200
St. Louis, MO 63132


    /s/ Andrea D. McNairy