# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-CV-423-RLW |
| ) | |
| WESTERN OIL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File His Partial Motion for Summary Judgment (ECF No. 56) is **GRANTED**. Plaintiff shall file his Motion for Partial Summary Judgment, and all supporting papers, no later than **August 24, 2017**. Defendant shall file any opposition no later than **September 22, 2017**. Plaintiff shall file any reply no later than **September 29, 2017**.

**IT IS FURTHER ORDERED** that trial date is reset for **November 13, 2017 at 9:00 a.m.** in Courtroom 10S.

Dated this 23rd day of August, 2017.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE