IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSEPH REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:16-cv-423 |
| v. ) | |
| ) | |
| WESTERN OIL, INC. ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Joseph Reed, and dismisses his cause of action against Defendant Western Oil, Inc., with prejudice.   Each party to bear their own cost.

BROWN & CROUPPEN, P.C.

BY:   /s/ Andrea D. McNairy
      Andrea D. McNairy, #58558
      Lara L. Gillham, #67320
      One Metropolitan Square
      211 N. Broadway, Suite 1600
      St. Louis, MO 63102
      Phone:   (314) 561-6319
      Fax:   (314) 421-0359
      andream@getbc.com
      pipleadings@getbc.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 10, 2018, a copy of the foregoing was served through Missouri efiling upon Counsel of record:

                                         /s/ Andrea McNairy